In the Matter of the Estate of JOHN R. DREXEL, Deceased. STATE TAX COMMISSION, Appellant; CHARLES T. BACH, as Executor, Respondent.

Argued May 15, 1939; decided May 31, 1939.

*Mortimer M. Kassell* and *Harry T. O'Brien, Jr.,* for appellant.

*Charles Rush* for respondent.

Orders reversed and matter remitted to the Surrogate's Court to compute the tax due on the estate of the decedent in view of the decisions rendered subsequent to the disposition of this matter. (*Matter of Lagergren,* 276 N. Y. 184; *Matter of Harding,* 279 N. Y. 142.) No costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.